The Hon. Robert S. Lasnik
The Hon. Benjamin H. Settle

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE MISAEL SANCHEZ JIMENEZ,<br><br>Defendant. | NO. CR23-133RSL<br><br>NOTICE OF RELATED CASE |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>1. EDGAR ALEJANDRO ZATARAIN RODRIGUEZ,<br><br>2. IKER DANIEL CASTILLO SARABIA, and<br><br>3. MATEO DE JESUS GONZALEZ GARCIA,<br><br>Defendants. | NO. CR23-136RSL<br><br>NOTICE OF RELATED CASE |

Notice of Related Case - 1
*United States v. Sanchez Jimenez*, CR23-133RSL
*United States v. Zatarain Rodriguez, et al.*, CR23-136RSL
*United States v. Garay Soto*, CR23-137RSL
*United States v. Graves,* CR23-5287DGE
*United States v. Townsend,* CR23-5302BHS

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUIS FRANCISCO GARAY SOTO,<br><br>Defendant. | NO. CR23-137RSL<br><br>NOTICE OF RELATED CASE |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WAYLAN GRAVES,<br><br>Defendant. | NO. CR23-5287RSL<br><br>NOTICE OF RELATED CASE |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RYAN JAMES TOWNSEND,<br><br>Defendant. | NO. CR23-5302BHS<br><br>NOTICE OF RELATED CASE |

## BACKGROUND

On August 16, 2023, Jose Miseal SANCHEZ JIMENEZ was indicted for one count of *Possession of Controlled Substances with Intent to Distribute* (A-Level) under CR23-133RSL.

On August 16, 2023, Edgar Alejandro ZATARAIN RODRIGUEZ, Iker Daniel CASTILLO SARABIA, and Mateo De Jesus GONZALEZ GARCIA were indicted for one

Notice of Related Case - 2
*United States v. Sanchez Jimenez*, CR23-133RSL
*United States v. Zatarain Rodriguez, et al.*, CR23-136RSL
*United States v. Garay Soto*, CR23-137RSL
*United States v. Graves,* CR23-5287DGE
*United States v. Townsend,* CR23-5302BHS

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

count of *Possession of Controlled Substances with Intent to Distribute* (A-Level) under CR23-136RSM.

On August 16, 2023, Luis Francisco GARAY SOTO was indicted for one count of *Possession of Controlled Substances with Intent to Distribute* (A-Level) and one count of *Possession of a Firearm in Furtherance of Drug Trafficking*, under CR23-137JHC.

On October 11, 2023, Waylan GRAVES was indicted for two counts of *Possession of Controlled Substances with Intent to Distribute* (A-Level) and two counts of *Carrying a Firearm During and in Relation to a Drug Trafficking Crime*, under CR23-5287DGE.

On November 8, 2023, Ryan James TOWNSEND was indicted for was indicted for one count of *Possession of Controlled Substances with Intent to Distribute* (A-Level) and one count of *Carrying a Firearm During and in Relation to a Drug Trafficking Crime*, under CR23-5302BHS.

These cases all arise from a DEA investigation into drug trafficking in the Western District of Washington and elsewhere. During this investigation, phones associated with other individuals were subject to Court authorized wire interception. During the course of the investigation, three residences were identified as locations in which drugs were likely being stored and at which individuals involved in drug trafficking were believed to be residing. On August 8, 2023, federal search warrants were executed at residences associated with SANCHEZ JIMENEZ, ZATARAIN RODRIGUEZ, CASTILLO SARABIA, and GARAY SOTO. In each location, the defendants were found, and significant quantities of controlled substances were seized.

During the interception period of this investigation, agents observed intercepted a call referencing defendant GRAVES. Indicating that GRAVES was being supplied by the Drug Trafficking Organization ("DTO") associated with SANCHEZ JIMENEZ, ZATARAIN RODRIGUEZ, CASTILLO SARABIA, and GARAY SOTO. Additionally,

Notice of Related Case - 3
*United States v. Sanchez Jimenez*, CR23-133RSL
*United States v. Zatarain Rodriguez, et al.*, CR23-136RSL
*United States v. Garay Soto*, CR23-137RSL
*United States v. Graves,* CR23-5287DGE
*United States v. Townsend,* CR23-5302BHS

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

agents intercepted a voicemail placed by a member of the DTO to GRAVE's phone at the time.

While GRAVES was arrested on two occasions, before and after the execution of the federal warrants he was known to DEA agents throughout the overarching investigation.

Additionally, throughout the investigation, agents observed that vehicles associated with the DTO coming and going from TOWNSEND's residence. This lead investigators to believe that TOWNSEND was being supplied controlled substances by the same DTO.

## DISCUSSION

Local Criminal Rule 13 encourages counsel "to file a notice of related case in order to bring such cases to the Court's attention." The Court may reassign criminal cases pursuant to Local Criminal Rule 13 which provides:

> (a) **Common Questions**. When criminal cases involving common questions of law and fact (but not necessarily the same parties) are assigned to different judges, there may be good reason to assign all of said cases to one judge. Such may be assigned to the judge to whom the case bearing the earliest filing number was assigned, at his or her option.

The United States submits this notice to inform the Court that the cases set forth above are related. All four matters involve drug trafficking offense. While GRAVES was not arrested with the other members of the DTO, his communications were intercepted. Additionally, while GRAVES was arrested by state agencies, there is still the possibility of an overlap in some witnesses if any of the matters go to trial.

## CONCLUSION

For the reasons stated above, the government submits this notice advising the Court that these all of these cases are related such that reassignment to the same judge may be in

Notice of Related Case - 4
*United States v. Sanchez Jimenez*, CR23-133RSL
*United States v. Zatarain Rodriguez, et al.*, CR23-136RSL
*United States v. Garay Soto*, CR23-137RSL
*United States v. Graves,* CR23-5287DGE
*United States v. Townsend,* CR23-5302BHS

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

the interest of judicial economy. The government is not requesting that these cases be joined for trial.

DATED this 13th day of November, 2023.

Respectfully submitted,

TESSA M. GORMAN
Acting United States Attorney

*s/ Casey S. Conzatti*
CASEY CONZATTI
STEPHEN HOBBS
Assistant United States Attorneys
United States Attorney's Office
700 Stewart, Suite 5220
Seattle, WA 98101-3903
Telephone: 206-553-4254
Fax: 206-553-0755
E-mail: casey.conzatti@usdoj.gov

Notice of Related Case - 5
*United States v. Sanchez Jimenez*, CR23-133RSL
*United States v. Zatarain Rodriguez, et al.*, CR23-136RSL
*United States v. Garay Soto*, CR23-137RSL
*United States v. Graves,* CR23-5287DGE
*United States v. Townsend,* CR23-5302BHS

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970